**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK** 303-844-2527
Judge

November 13, 2012

<u>MEMORANDUM</u>

TO: Jeffrey Colwell, Clerk

FROM: Judge Babcock      s/LTB

RE: Criminal Action No. 12-cr-00464-LTB
USA v. Dawdy

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp